Filed
Clerk of Court
United States District Court
By jamesburrell
On: January 6, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO.** 1:26cr-003 |
| | ) | |
| **v.** | ) | **18 U.S.C. § 1349** |
| | ) | **Wire Fraud Conspiracy** |
| **JAVED ASHIQ** | ) | |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offense charged in the Indictment are as follows:

**Count 1:** **Wire Fraud Conspiracy**
**18 U.S.C. §1349**

- Not more than 20 years of imprisonment;
- Not more than a $250,000.00 fine or twice the gross loss or gross gain from the offense;
- Not more than 3 years of supervised release; and
- $100.00 special assessment.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Kelsey L. Scanlon***

Kelsey L. Scanlon
Assistant United States Attorney