**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **1:26-cr-003** |
| | ) | |
| **JAVED ASHIQ** | ) | |

## GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY

Now comes the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and moves as follows:

In light of the liberal discovery previously provided by the government to the Defendant in this case, the government moves the Court to order the Defendant in the above captioned case to provide the government with reciprocal discovery by no later than two weeks prior to trial, to include:

1. **Documents and Objects:** Books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the Defendant and which the Defendant intends to introduce as evidence in his case-in-chief at the trial. *See* Fed. R. Crim. P. 16(b)(1)(A).

2. **Reports of Examinations and Tests:** Results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this particular case, or copies thereof, within the possession or control of the Defendant which the Defendant intends to introduce as evidence in his case-in-chief at the trial or which were prepared by witnesses whom the Defendant intends to call

at the trial when the results or reports relate to their testimony. *See* Fed. R. Crim. P. 16(b)(1)(B).

3. **Expert Witnesses**: A written summary of any testimony that the Defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial, describing the expert witness's opinions, the bases and reasons for those opinions, and the witness's qualifications. *See* Fed. R. Crim. P. 16(b)(1)(c).

4. **Prior Statements of Defense Witnesses**: All prior statements in the possession of the Defendant, if any, given by witnesses whom the Defendant expects to call at trial other than the Defendant himself. The term "statements" is to be construed by the Defendant as it is defined in Fed. R. Crim. P. 26.2 (effective December 1, 1980) and the Jencks Act, codified at 18 U.S.C. § 3500. *See* Fed. R. Crim. P. 26.2 and *United States v. Nobles*, 422 U.S. 225 (1975).

Pursuant to Rule 12.1, the United States requests that, within 14 days of this request, Defendant provide written notice of any intended alibi defense that states each specific place where Defendant claims to have been at the time of the alleged offense, and the name, address, and telephone number of each alibi witness on whom Defendant intends to rely.

Pursuant to Rule 12.2, the United States seeks to exclude any evidence relating to a defense of insanity, or a mental disease or defect or any other mental condition of Defendant bearing on the issue of guilt, unless and until Defendant provide the

requisite written notice of such defense and evidence as required by Rule 12.2(a)–(b). *See* Fed. R. Crim. P. 12.2(d)(1)(A).

Pursuant to Rule 12.3, the United States requests written notice of any actual or believed exercise of public authority on behalf of a law enforcement agency or federal intelligence agency at the time of the offense.

Pursuant to Rules 12.1(c) and 16(c), the United States requests that Defendant promptly disclose any discoverable material in which it becomes aware as part of its continuing disclosure duty.

Respectfully submitted this 20th day of January 2026.

MARGARET E. HEAP
UNITED STATES ATTORNEY

***Kelsey L. Scanlon***
Kelsey L. Scanlon
Assistant United States Attorney
Minnesota Bar No. 0392811

United States Attorney's Office
Southern District of Georgia
Post Office Box 2017
Augusta, Georgia 30903
T: (706) 724-0517
kelsey.scanlon@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 20th day of January 2026.

MARGARET E. HEAP
UNITED STATES ATTORNEY

***Kelsey L. Scanlon***
Kelsey L. Scanlon
Assistant United States Attorney
Minnesota Bar No. 0392811